1  M. KIRBY C. WILCOX (SB3 78756)
   THOMAS F. GEIDT (SB# 80955)
2  DANIEL E. WALDMAN (SB# 223034)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100

6  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  CARLOS GAMBOA,                        CASE NO. C-04-02124 JW

12                Plaintiff,              **STIPULATION TO DISMISS ACTION
                                          WITH PREJUDICE AND ORDER
13       vs.                              THEREON**

14  UNITED PARCEL SERVICE, INC.,
    DOES 1 through 25, inclusive,
15
                  Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between Plaintiff CARLOS GAMBOA by

2   and through his counsel of record, Robert D. Ponce, and Defendant United Parcel Service, Inc.,

3   by and through its counsel of record, Daniel E. Waldman and Paul, Hastings, Janofsky & Walker

4   LLP, that Plaintiff's Complaint and this action be **dismissed with prejudice**, in its entirety.  Each

5   party shall bear his or its own costs and attorneys' fees.

6

7   DATED:  August **30**, 2005    ROBERT D. PONCE

8                                                    BY:_____

9                                                            ROBERT D. PONCE
                                                         Attorney For Plaintiff CARLOS GAMBOA

10

11  *september*
    DATED:  ~~August~~ **1**, 2005    M. KIRBY C. WILCOX
12                                                    THOMAS E. GEIDT
                                                         DANIEL E. WALDMAN
13                                                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

14

15  BY:_____
                                                            DANIEL E. WALDMAN
16                                                    Attorneys For Defendant UNITED PARCEL SERVICE, INC.

17
                **PURSUANT TO STIPULATION IT IS SO ORDERED.**
18

19
    DATED:  _____, 2005    _____
20                                                    HONORABLE JAMES WARE
                                                         United States District Judge
21

22

23

24
    SF/376955.1
25

26

27

28

CASE NO. C-04-02124 JW                    2          STIPULATION TO DISMISS ACTION WITH
                                                                         PREJUDICE AND ORDER THEREON