1  M. KIRBY C. WILCOX (SB3 78756)
   THOMAS E. GEIDT (SB# 80955)
2  DANIEL E. WALDMAN (SB# 223034)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100

6  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
7

*IT IS SO ORDERED*
*Judge James Ware*

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

11 | CARLOS GAMBOA,                         | CASE NO. C-04-02124 JW
12 |         Plaintiff,                     | **STIPULATION TO DISMISS ACTION WITH PREJUDICE AND ORDER THEREON**
13 |    vs.                                 |
14 | UNITED PARCEL SERVICE, INC.,           |
   | DOES 1 through 25, inclusive,          |
15 |                                        |
   |         Defendants.                    |
16

Case No. C-04-02124 JW                               STIPULATION TO DISMISS ACTION WITH
                                                     PREJUDICE AND ORDER THEREON

1    IT IS HEREBY STIPULATED by and between Plaintiff CARLOS GAMBOA by
2    and through his counsel of record, Robert D. Ponce, and Defendant United Parcel Service, Inc.,
3    by and through its counsel of record, Daniel E. Waldman and Paul, Hastings, Janofsky & Walker
4    LLP, that Plaintiff's Complaint and this action be **dismissed with prejudice**, in its entirety. Each
5    party shall bear his or its own costs and attorneys' fees.

DATED: August 30, 2005    ROBERT D. PONCE

BY: _____
ROBERT D. PONCE
Attorney For Plaintiff CARLOS GAMBOA

DATED: ~~August~~ September 1, 2005    M. KIRBY C. WILCOX
THOMAS E. GEIDT
DANIEL E. WALDMAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

BY: _____
DANIEL E. WALDMAN
Attorneys For Defendant UNITED PARCEL SERVICE, INC.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED Sept. 9, 2005        /s/ James Ware
HONORABLE JAMES WARE
United States District Judge

SF/376955.1

CASE NO. C-04-02124 JW    2    STIPULATION TO DISMISS ACTION WITH
PREJUDICE AND ORDER THEREON